# UNITED STATES NAVY–MARINE CORPS
# COURT OF CRIMINAL APPEALS

———————————————

## No. 201700291

———————————————

## UNITED STATES OF AMERICA
Appellee

v.

## AHARON M. MCGHEE
Hospitalman Recruit (E-1), U.S. Navy
Appellant

———————————————

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Captain Robert J. Crow, JAGC, USN.
Convening Authority: Commander, Navy Region Southeast,
Naval Air Station, Jacksonville, FL.
Staff Judge Advocate's Recommendation: Commander George W.
Lucier, JAGC, USN.
For Appellant: Lieutenant Commander Paul D. Jenkins, JAGC, USN.
For Appellee: Brian K. Keller, Esq.

———————————————

Decided 11 January 2018

———————————————

Before MARKS, WOODARD, and HINES, *Appellate Military Judges*

———————————————

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c). The supplemental court-martial order will reflect: Note 1: The military judge consolidated Specifications 1 and 2 of Additional Charge III into one specification for findings: Additional Charge III: CONSOLIDATED SPECIFICATION: Violation of the UCMJ, Article 90 (Willful disobedience of superior commissioned officer): In that Hospitalman Recruit Aharon M. McGhee, U.S. Navy, Navy Medicine Training Support Center, San Antonio, Texas, on active duty, having received a lawful command from Captain Brent M. Kelln, U.S. Navy, his superior commissioned officer, then known by the said Hospitalman Recruit Aharon M. McGhee, to be his superior commissioned officer, to surrender all entertainment portable electric devices and all mobile cellular devices to Command Master-At-Arms while restricted, or words to that

effect, did, at or near San Antonio, Texas, on or about 14 February 2017 and 28 February 2017, willfully disobey the same.

For the Court



R.H. TROIDL
Clerk of Court